In The United States District
Court for the Middle District
of Florida – Fort Myers Division

Case No. 2:14-cv-086

Michelle McSwain,
Plaintiff,

vs.

SCM I Investments, LLC d/b/a
The Wine Loft of Naples,
Defendant.
_____/

## MEDIATOR'S REPORT

In accordance with the Court's order requiring that this matter be mediated, a mediation conference was held on December 19, 2014, and the results of that conference are indicated below:

__X__    The parties reached an agreement.

_____    The mediation was continued and will be rescheduled.

_____    No agreement was reached.

Done this 20th day of December, 2014, in Fort Myers, Florida.

                                             Nulman Mediation Services, Inc.
                                             15880 Summerlin Rd.
                                             Ste. 300 – PMB 146
                                             Fort Myers, FL 33908
                                             239.433.3539
                                             239.433.0067 (fax)
                                             jim@nulmanmediation.com

                                             By: /s/ James L. Nulman_____
                                             James L. Nulman, Mediator

Copies to:
All counsel of
record via CM/ECF